IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES WADE COLES**                                          **PLAINTIFF**
**#661718**

V.                    No. 4:23-cv-00843-LPR-ERE

**FAULKNER COUNTY**
**DETENTION CENTER**                                            **DEFENDANT**

### RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections:**

This Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

**II.     Discussion:**

On September 11, 2023, *pro se* plaintiff Charles Wade Coles, formerly an inmate at the Faulkner County Detention Center, filed this civil rights lawsuit under 42 U.S.C. § 1983.[1] *Doc. 2*.

---

[1] In his complaint, Mr. Coles sued only the Detention Center. *Doc. 2*. Accordingly, the

On November 28, 2023, mail sent to Mr. Coles from the Court was returned as undeliverable with the notation "not in facility." *Doc. 9.*

The next day, the Court ordered Mr. Coles to notify the Court of his current address within 30 days or risk dismissal of his claims. *Doc. 10.* To date, he has not responded to the Court's November 29 Order, and the time to do so has passed.

Mr. Coles has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 5*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Coles regarding his lawsuit.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Coles' complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's November 29 Order; (3) update his address; and (4) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated 3 January 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

Court previously provided Mr. Coles two opportunities to file an amended complaint to clarify his constitutional claims. *Docs. 7, 8.*